IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 15-180-9** |
| **v.** : | |
| : | |
| **BRAHEIM BALLARD** : | |
| : | |

**ORDER**

    **AND NOW,** this 14th day of January, 2016, it is **HEREBY ORDERED** that Defendant Ballard's "Pre-Trial Motions" (Doc. No. 89) are **DISMISSED WITHOUT PREJUDICE**.[1]

BY THE COURT:

**S/MITCHELL S. GOLDBERG**
**MITCHELL S. GOLDBERG, J.**

---

[1] On June 10, 2015, Attorney David Scott Nenner filed this omnibus pre-trial motion on Defendant's behalf. Attorney Nenner no longer represents Defendant. On January 6, 2016, Attorney Caroline A. Goldner Cinquanto was appointed to represent Defendant. Attorney Cinquanto may refile any or all of these pre-trial motions as she sees fit.