IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 15-180** |
| **BRAHEIM BALLARD** | |

## O R D E R

**AND NOW**, this 2nd day of August, 2017, upon consideration of Defendant Ballard's Motion to Dismiss Count Sixteen of the Indictment (ECF No. 962) and the Government's response thereto (ECF 970), **IT IS ORDERED** that the Motion is **DENIED** without prejudice to refiling at the close of the Government's case pursuant to Rule 29 of the Federal Rules of Criminal Procedure.

                                                    **BY THE COURT:**

                                                    /s/ Wendy Beetlestone
                                                    _____
                                                    **WENDY BEETLESTONE, J.**